No. 1019, Misc.  RHODES *v.* JONES.  C. A. 8th Cir. Certiorari denied.

No. 1020, Misc.  GARRISON *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.

No. 1021, Misc.  WARE *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for the United States.

No. 1024, Misc.  BOGAN *v.* WILKINS, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 1031, Misc.  SILVA *v.* COX, WARDEN.  C. A. 10th Cir.  Certiorari denied.  *James A. Williams* and *John W. Low* for petitioner.

No. 1032, Misc.  MOTT *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.

No. 1041, Misc.  SPRY *v.* OBERHAUSER.  C. A. 9th Cir. Certiorari denied.

No. 1042, Misc.  STILTNER *v.* WASHINGTON.  Super. Ct. Wash., Lewis County.  Certiorari denied.

No. 1046, Misc.  DEVLIN *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.

No. 1048, Misc.  FOJON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Thomas J. Brady* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1054, Misc.  DARRAH *v.* ILLINOIS.  Sup. Ct. Ill. Certiorari denied.  *John R. Snively* for petitioner.